UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIANO TAVAREZ, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>  -v-<br><br>LIVE, LLC,<br><br>                      Defendant. | CIVIL ACTION NO.: 21 Civ. 9770 (RA) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 22). Accordingly, the parties shall promptly meet and confer and, by **September 12, 2022**, file a joint letter proposing at least three (3) dates for a settlement conference to take place in October 2022, and advising the Court of the parties' preferred format for the settlement conference (i.e., in-person or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:    New York, New York
            September 7, 2022

                                                        SO ORDERED.

                                                        _____
                                                        **SARAH L. CAVE**
                                                        **United States Magistrate Judge**