UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIANO TAVAREZ, individually and on behalf of all others similarly situated,

                              Plaintiff,

-v-

LIVE, LLC,

                              Defendant.

CIVIL ACTION NO.: 21 Civ. 9770 (RA) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's request (ECF No. 35) to (i) reschedule the Settlement Conference scheduled for November 29, 2022 and (ii) convert the format of the Settlement Conference from telephonic to in-person is GRANTED IN PART and DENIED IN PART, and the Court orders as follows:

1. The Settlement Conference scheduled for November 29, 2022 is RESCHEDULED to **Monday, November 28, 2022 at 10:00 am**. The Court will provide the dial-in information prior to the settlement conference. All other terms of the Court's order at ECF No. 34, including the deadline for Plaintiff's settlement submission, remain in effect.

2. Defendant's request to convert the format of the settlement conference to in-person is DENIED.

The Clerk of Court is respectfully directed to close ECF No. 35.

Dated:      New York, New York
             November 1, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**